CRITT/J

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
PANOCEANIC BULK CARRIERS LIMITED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 17 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PANOCEANIC BULK CARRIERS LIMITED,          ECF CASE

                Plaintiff,

  - against -                                              08 Civ. 6251 (PAC)

NIMEX PETROLEUM GMBH,

                Defendant.
------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: July 15, 2008

                Respectfully submitted,

                LYONS & FLOOD, LLP
                Attorneys for Plaintiff
                PANOCEANIC BULK CARRIERS LIMITED

By: _____
      Edward P. Flood (EPF-5797)
      65 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400

U:\kmh\docs\2563044\Legal\notice of voluntary dismissal.doc

JUL 17 2008